[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 203.]

COLEMAN ET AL., APPELLEES, *v*. CLEVELAND HEIGHTS/UNIVERSITY HEIGHTS
SCHOOL BOARD, APPELLANT.

[Cite as *Coleman v. Cleveland Hts./Univ. Hts. School Bd.*, 2001-Ohio-279.]

*Appellate procedure–Final order–Political subdivision tort liability–R.C. 2744.02(C)–Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-632—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77452.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Mondello & Levey, Scott Levey* and *Frank Giaimo*, for appellees.

*Shawn R. Pearson,* for appellant.

_____